## STATEMENT OF FACTS

On October 2, 2005, at about 3:24 a.m., sworn officers with the Metropolitan Police Department received a radio run for shots fired in the 3900 block of 8th Street, S.E., Washington, D.C. While canvassing the area, an officer heard something in the wooded area and got out of his car to investigate. The officer saw the defendant running through the woods, at which time he chased him, and ordered him to stop. The defendant refused to stop, and while struggling with the officer, a gun fell from the defendant's waistband area. The officers gained control of the defendant, and placed him under arrest. Police recovered a loaded Beretta 9mm semi-automatic pistol. To the best of the undersigned agent's knowledge defendant Christopher Harrison has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court, Criminal Case No. F5692-01. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Beretta 9mm semi-automatic handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER ALVIN LYTLE
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON
THIS \_\_ DAY OF OCTOBER, 2005.

_____
U.S. MAGISTRATE JUDGE